IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FELICE,<br><br>      *Plaintiff,*<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>      *Defendant.* | CIVIL ACTION<br>NO. 17-2026 |

## **ORDER**

**AND NOW**, this 9th day of August, 2017, upon consideration of Defendant's Motion to Transfer Venue, (ECF No. 6), it is **ORDERED** that the Motion is **DENIED**.

                                                BY THE COURT:

                                                ***/s/ Gerald J. Pappert***
                                                GERALD J. PAPPERT, J.